

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00676-CV

Jose **GEORGE**, Matilde George, and Elaine George,
Appellants

v.

**COMPASS BANK**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03773
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this court's opinion and judgment dated September 14, 2016 are WITHDRAWN, and appellant's motion for rehearing is DENIED. The appellee's motion to dismiss this appeal for lack of jurisdiction is DENIED. The trial court's Order Granting Compass Bank's Second Motion to Approve Interpleader and Partial Summary Judgment on All Claims By and Between Plaintiff and Third-Party Defendants Matilde George and Elaine George and Compass Bank are AFFIRMED. It is ORDERED that appellee, Compass Bank, recover its costs of this appeal from appellants, Jose George, Matilde George, and Elaine George.

SIGNED December 7, 2016.

Marialyn Barnard, Justice